UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

IN RE:  JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                                           3:16-MD-02738-FLW-LHG

*This document relates to:*

*Fay Gaines v. Johnson & Johnson, et al*
*3:17-cv-03804*
_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on May 30, 2017 on behalf of the Plaintiff, Fay Gaines.

Dated:  May 30, 2017

                                            Respectfully submitted,

                                            /s/Andrew J. Geiger_____
                                            ANDREW J. GEIGER (BAR NO. 32467)
                                            ALLAN BERGER (BAR NO. 2977)
                                            **ALLAN BERGER & ASSOCIATES PLC**
                                            4173 Canal Street  New Orleans, Louisiana 70119
                                            Telephone: (504) 486-9481
                                            Fax:  (504) 483-8130
                                            aberger@bergerlawnola.com
                                            *Counsel for Plaintiff*